UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DANIEL J. VENTRICELLI, as Trustee of the :
bankruptcy estate of William F. Nicklin, Debtor, :
            Plaintiff, :
v. : **ORDER**
:
HN; and William T. Nicklin, as Custodian FBO : 20 CV 318 (VB)
HN UTMA NY until age 21, :
            Defendants. :
--------------------------------------------------------------x
DANIEL J. VENTRICELLI, as Trustee of the :
bankruptcy estate of William F. Nicklin, Debtor, :
            Plaintiff, :
v. :
:
: 20 CV 321 (VB)
Alexandra Lescop Nicklin, :
            Defendant. :
--------------------------------------------------------------x
DANIEL J. VENTRICELLI, as Trustee of the :
bankruptcy estate of William F. Nicklin, Debtor, :
            Plaintiff, :
v. :
: 20 CV 431 (VB)
Jonathan Case Nicklin, :
            Defendant. :
--------------------------------------------------------------x
DANIEL J. VENTRICELLI, as Trustee of the :
bankruptcy estate of William F. Nicklin, Debtor, :
            Plaintiff, :
v. : 20 CV 433 (VB)
:
Lisa Billard Nicklin, :
            Defendant. :
--------------------------------------------------------------x
DANIEL J. VENTRICELLI, as Trustee of the :
bankruptcy estate of William F. Nicklin, Debtor, :
            Plaintiff, :
v. :
: 20 CV 434 (VB)
William T. Nicklin, :
            Defendant. :
--------------------------------------------------------------x

1

```
------------------------------------------------------------x
DANIEL J. VENTRICELLI, as Trustee of the      :
bankruptcy estate of William F. Nicklin,      :
Debtor,                                       :
                    Plaintiff,                :
v.                                            :      20 CV 436 (VB)
                                              :
S.N., a minor under the age of 21; and        :
WILLIAM T. NICKLIN, as Custodian for the      :
benefit of S.N. under the Uniform Transfer to :
Minors Act (UTMA) as enacted in New York      :
until age 21,                                 :
                    Defendants.               :
------------------------------------------------------------x
```

On January 31, 2020, counsel for defendants in the above matters requested the Court reassign the above cases to Judge Cecilia Morris of the U.S. Bankruptcy Court for the Southern District of New York. Defense counsel states these cases are related to a Chapter 7 bankruptcy proceeding assigned to Judge Morris.

Defense counsel's letter does not indicate whether plaintiff consents to defendants' request, or set forth a procedural mechanism for accomplishing the requested assignment.

Accordingly, it is HEREBY ORDERED:

By February 10, 2020, counsel for <u>all</u> parties in these cases shall submit a <u>joint</u> letter stating plaintiff's position respecting defendants' request, and also setting forth the procedural mechanism for accomplishing such reassignment. Counsel shall also indicate whether two additional matters pending before this Court (20 CV 317 and 20 CV 319), which seemingly also are related to the underlying bankruptcy, should be reassigned as well.

The Clerk is directed to file this Order in all six of the above captioned cases.

Dated: February 3, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

2